UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Boyd and Company, LLC, | Case No. 0:17-cv-00178 (WMW-LIB) |
| Plaintiff, | |
| v. | |
| Prairie Winds Services, LLC, Tom's Backhoe Service, Inc., and Travelers Casualty and Surety Company of America, | |
| Defendants. | |

## CERTIFICATE OF COMPLIANCE

I, Ted Roberts, certify that Defendant's PRAIRIE WINDS' OPPOSITION TO TOM'S MOTION FOR A PROTECTIVE ORDER AND TO QUASH SUBPOENAS (DOC 85) complies with Local Rule 72.2(c).

I further certify that, in preparation of the above document, I used Microsoft Word Word for Mac, Version 16.9.1 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above document contains the following number of words: 1,066 (excluding caption and signature block).

Dated: February 7, 2018                     s/ Ted Roberts
                                                       Ted Roberts
                                                      MN Bar Number 31318X
                                                      Attorney for Defendant Prairie Winds Services, LLC

                                                      Ted Roberts PLLC
                                                      PO Box 270915
                                                      Golden Valley, MN 55427
                                                      (612) 590-3547
                                                      ted@tedrobertslaw.com